**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-6921

---

CLIFTON V. GRAVES,

                                        Plaintiff - Appellant,

          versus

CHARLES COUNTY SHERIFF'S DEPARTMENT,

                                        Defendant - Appellee,

          and

FREDERICK E. DAVIS, Sheriff,

                                        Defendant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge. (CA-03-3552-AMD)

---

Submitted:  November 3, 2004          Decided:  December 3, 2004

---

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Clifton V. Graves, Appellant Pro Se.  John Francis Breads, Jr., LOCAL GOVERNMENT INSURANCE TRUST, Columbia, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clifton V. Graves appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Graves v. Charles County Sheriff's Dep't, No. CA-03-3552-AMD (D. Md. May 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED